<div style="color:red; text-align:center">**CORRECTED**</div>

# In the United States Court of Federal Claims

No. 18-1964 (consolidated with 19-1375)
Filed: July 17, 2024

**ROBERT A. PRESSLY, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant*.

## ORDER

Plaintiffs' Motion for Trial Setting, (ECF No. 173), is **GRANTED**. The parties are directed to adhere to the following deadlines:

| Event | Deadline |
|---|---|
| Initial meeting of counsel to exchange exhibit and witness lists, identify deposition transcripts, and establish stipulation of agreed facts | 90 days before trial |
| Plaintiff's Witness List and Exhibit List | 84 days before trial |
| Defendant's Witness List and Exhibit List | 84 days before trial |
| Defendant's Objections to Plaintiff's Witness List and Exhibit List | 70 days before trial |
| Plaintiff's Objections to Defendant's Witness List and Exhibit List | 70 days before trial |
| Plaintiff's Reply to Objections to Witness List and Exhibit List | 56 days before trial |
| Defendant's Reply to Objections to Witness List and Exhibit List | 56 days before trial |
| Plaintiff's Pretrial Memorandum, not to exceed 25 pages | 56 days before trial |
| Motions *in limine* Filing Deadline for all Parties | 49 days before trial |
| Defendant's Pretrial Memorandum, not to exceed 25 pages | 42 days before trial |
| Responses to Motions *in limine* | 35 days before trial |
| Replies to Motions *in limine* | 28 days before trial |
| Meeting of Counsel | 24 days before trial |
| Joint Stipulation of Facts | 21 days before trial |
| Joint Statement of Good Faith | 21 days before trial |
| Joint Exhibit List, filed in CM/ECF | 21 days before trial |

| | |
|---|---|
| Deadline for parties to jointly organize site visit and Joint Status Report explaining site visit details | 21 days before trial |
| Final Pretrial Conference | November 5, 2024<br>1:00 p.m.<br>Zoom |
| Order of Witnesses, filed in CM/ECF | 3 days before trial |
| Site Visit | November 18, 2024<br>10:00 AM local time |
| Trial | November 19, 2024<br>9:00 AM local time |

**IT IS SO ORDERED.**



s/     David A. Tapp
DAVID A. TAPP, Judge